## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CAPITAL INVESTMENT
FUNDING, LLC, a South Carolina
limited liability company,

      Plaintiff,

v.                                     Case No. 3:19-cv-606-J-32JRK

ARTHUR FIELD and KATHRYN
TAILLON,

      Defendants.

_____

## O R D E R

      This case is before the Court on the parties' status reports (Docs. 38, 40) on the ongoing litigation in South Carolina regarding the Global Status Agreement. The Court has not received any updates on the resolution of the case since its last Order staying the case (Doc. 24). The last update was filed over six months ago (Doc. 40).

      Accordingly, it is hereby

**ORDERED:**

      The parties shall advise the Court of the status of the South Carolina proceedings no later than **January 21, 2021**, and shall continue to inform the

Court of any orders or judgments in related cases. The Court will rule on the pending motions as necessary following review of the parties' status reports.

**DONE AND ORDERED** in Jacksonville, Florida the 18th day of December, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record